IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 1:08-cr-00025-MP-AK

DANNIE CHARLES REAVES, et al.,

    Defendants.

_____/

## O R D E R

        This matter is before the Court following a July 24, 2009, pre-trial telephonic hearing. Prior to the hearing, defendants Dannie Charles Reaves and Daniel Chester Reaves filed motions (Docs. 127 and 128) to sever their trial, which is currently scheduled for the trial term beginning Tuesday, August 11, 2009, from the trial of defendant Eric Harris, whom the government recently indicted as a co-conspirator in this case. Defendant Harris also filed a motion to compel discovery (Doc. 129) and a motion to suppress (Doc. 130). Because the government must be allowed sufficient time to respond to these motions, and because a hearing is necessary to resolve them, it is not possible to hold the trial of all three defendants as presently scheduled.

        At the hearing, counsel for defendant Harris notified the Court of scheduling conflicts that may prohibit him from representing defendant at trial in the coming months. He therefore moved to continue his client's trial and to waive his client's right to a speedy trial. Defendants Dannie and Daniel Reaves are opposed to any further continuance. As stated at the hearing, the Court will grant defendant Harris' motion to continue and schedule hearings on all other pending motions. Because the earliest date for a hearing on the motions to sever is August 11, 2009, the

Court also finds it necessary to continue the trial of Dannie and Daniel Reaves. Under the circumstances, the Court finds that the ends of justice served by such a continuance outweigh the interests of the defendants and the public in a speedy trial. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. A hearing on the motions to sever (Docs. 127 and 128), filed by defendants Dannie and Daniel Reaves, is set for Tuesday, August 11, 2009, at 10:00 a.m., and the trial of Dannie and Daniel Reaves is CONTINUED. If the Court denies the motions to sever, defendants' new trial date will depend on the outcome of the hearing on defendant Harris' motion to suppress. Otherwise, the Court will determine a new trial date following the hearing.

2. Defendant Eric Harris' oral motion to continue his trial is GRANTED. The Court will determine a date for trial following a hearing on defendant Harris' motion to compel (Doc. 129) and motion to suppress (Doc. 130), which is hereby set for Tuesday, August 20, 2009, at 1:30 p.m.

**DONE AND ORDERED** this _28th_ day of July, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge