IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:08cr25-MP/AK

DANNIE CHARLES REAVES
  a/k/a De-Bo
DANIEL CHESTER REAVES
  a/k/a D.C.,
and
ERIC HARRIS,

       Defendants.
_____/

## ORDER ASSIGNING JUDGE FOR TRIAL AND POST-TRIAL MATTERS

    Chief District Judge Stephan P. Mickle will preside over the trial of this case and all post-trial matters, including sentencing. Senior District Judge Maurice M. Paul will preside over all pretrial matters, including the pending motions filed by Defendant Harris.

    SO ORDERED this 12th day of August, 2009.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Chief United States District Judge